1  Jeremy T. Bergstrom, Esq.                    E-filed on June 16, 2008
   Attorney Bar No. 6904
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250
3  Henderson, NV  89052
   (702) 369-5960 / FAX (702) 369-4955
4  File No. 08-91665

5  Attorneys for Secured Creditor
   COUNTRYWIDE HOME LOANS, INC.
6
                    **UNITED STATES BANKRUPTCY COURT**
7                        **DISTRICT OF NEVADA**

8  In Re,                              BK No.: BK-S-08-15651-MKN

9  LEOBARDO GONZALEZ                   Chapter 13
   AND SYLVIA MONTIEL,
10                                     **REQUEST FOR SPECIAL NOTICE**
                   Debtor(s).
11

12 TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE
   ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

13        PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and

14 Bankruptcy Rules, Secured Creditor, COUNTRYWIDE HOME LOANS, INC., requests that all

15 notices given in this case and all papers served or required to be served in this case (including,

16 but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and

17 Trustee's No-Asset Report), be given to and served upon the undersigned at the following

18 address and telephone number.

19        Jeremy T. Bergstrom, Esq.
          MILES, BAUER, BERGSTROM & WINTERS, LLP
20        2200 Paseo Verde Pkwy., Suite 250
          Henderson, NV  89052
21        PH (702) 369-5960

22                      MILES, BAUER, BERGSTROM & WINTERS, LLP

23 Dated:   June 16, 2008        By:   /s/ Jeremy T. Bergstrom, Esq.
                                       Jeremy T. Bergstrom, Esq.
24                                     Attorney for Secured Creditor

                                        1

## <u>CERTIFICATE OF MAILING</u>

The undersigned hereby certifies that on ___June 16, 2008_____, a copy of the

**Request for Special Notice** was mailed to all interested parties in this proceeding by placing a

true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United

States Mail, addressed as follows:

<u>ATTORNEY FOR DEBTOR</u>:
Thomas E. Crowe
7381 W. Charleston Blvd., #110
Las Vegas, NV  89117

<u>CHAPTER 13 TRUSTEE</u>:
Rick A. Yarnall
701 Bridger #820
Las Vegas, NV  89101

I declare under penalty of perjury under the laws of the State of Nevada that the

foregoing is true and correct.

_____/s/Amy Gong_____
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(08-91665/rfsnlv.dot/aeg)**

2