
E FILED ON 9/10/09
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
7381 W. Charleston Blvd.
Suite 110
Las Vegas, Nevada 89117
(702) 794-0373
Attorney for Debtors
Nevada State Bar no. 3048

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
\* \* \* \* \* \*

| In re: | ) | BANKRUPTCY NUMBER: |
| | ) | BK-S-08-15651-MKN |
| LEOBARDO GONZALEZ and, | ) | Chapter 13 |
| SYLVIA MONTIEL, | ) | Date:  9/30/09 |
| | ) | Time:  1:30 p.m. |

**OPPOSITION TO MOTION FOR RELIEF FROM THE**
**AUTOMATIC STAY**

       Come now, Debtors, by and through their attorney, THOMAS E. CROWE, ESQ., and oppose Wells Fargo Bank's Motion to terminate the Automatic Stay. Said opposition is made and based upon the Points and Authorities attached hereto, the pleadings and papers on file herein and oral argument at the time of hearing of this matter.

       DATED this 10th day of September, 2009.

                          THOMAS E. CROWE PROFESSIONAL
                          LAW CORPORATION

                          By /s/ THOMAS E. CROWE
                            THOMAS E. CROWE, ESQ.
                            7381 W. Charleston Blvd.
                            Suite 110
                            Las Vegas, Nevada 89117
                            Attorney for Debtors

## POINTS AND AUTHORITIES

Debtors filed for relief under Chapter 13 on or about May 30, 2008. The Debtors herein oppose the Motion for Relief from Automatic Stay filed herein by WELLS FARGO BANK, by and through its attorney, GREGORY L. WILDE, ESQ., based upon the following points.

The Debtors request mortgage loan modification mediation.

Therefore, Debtors respectfully request that the Motion For Relief From the Automatic Stay be denied.

DATED this 10th day of September, 2009.

Respectfully Submitted,

THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION


 /s/ THOMAS E. CROWE
THOMAS E. CROWE, ESQ.
Nevada State Bar No. 3048
7381 W. Charleston Blvd.
Suite 110
Las Vegas, NV   89117
Attorney for Debtors

## CERTIFICATE OF MAILING OF RE: OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

I, PAMELA POULSEN, hereby certify that a copy of the OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY filed herein, in the above-entitled case, was mailed by me on the 10th day of September, 2009, by depositing copies thereof in a sealed envelope, first-class postage prepaid, in the United States Mail, to the parties and addresses as follows:

Gregory L. Wilde, Esq.
208 S. Jones Blvd.
Las Vegas, NV   89107

Mark S. Bosco, Esq.
2525 East Camelback Road
Suite 300
Phoenix, AZ 85016

Rick Yarnall
Chapter 13 Trustee
701 Bridger Ave., #820
Las Vegas, NV   89101

DATED this 10th day of September, 2009.

/s/ PAMELA POULSEN
PAMELA POULSEN,   an employee of
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION

###