**RICK A. YARNALL**
**CHAPTER 13 BANKRUPTCY TRUSTEE**
701 Bridger Ave, Suite 820
Las Vegas, NV  89101
RAY13mail@LasVegas13.com
(702) 853-4500

EFiled

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| IN RE: | Chapter 13 |
|---|---|
| | BKS-08-15651-MKN |
| **LEOBARDO GONZALEZ** | **NOTICE OF HEARING ON MOTION TO** |
| **SYLVIA MONTIEL** | **DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS** |
| | |
| | **MOTION TO DISMISS** |
| Debtor(s). | Hearing Date: October 28, 2010 |
| | Hearing Time: 2:00 PM |

**NOTICE OF HEARING ON MOTION TO DISMISS**

   **NOTICE IS HEREBY GIVEN** that a MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS was filed on September 03, 2010 by RICK A. YARNALL, Chapter 13 Trustee.  The Motion seeks the following relief:  Dismiss Case.  Any opposition must be filed pursuant to Local Rule 9014(d)(1).

   **NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014( c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice then:
>
> - **The court may *refuse to allow you to speak* at the scheduled hearing; and**
> - **The court may *rule against you* without formally calling the matter at the hearing.**

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Bankruptcy Courtroom #2, Las Vegas, Nevada 89101 on October 28, 2010 at the hour of 2:00 PM.

/s/ RICK A YARNALL, TRUSTEE

DATED: 9/3/2010
JCL

Rick A. Yarnall
CHAPTER 13 BANKRUPTCY TRUSTEE